IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

JUL 13 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-16-118-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SIDNEY CHARLES DECRANE, | |
| Defendant. | |

Defendant **Sidney Charles Decrane,** having filed a Motion to Withdraw Motion to Suppress and Vacate Suppression hearing,

Wherefore, IT IS ORDERED:

Defendant's motion is granted and the the suppression hearing for Defendant **Sidney Charles Decrane,** presently set for Friday, July 14, 2017, at 9:00 a.m., is **VACATED**.

DATED this 13th day of July, 2017.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE