

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-16-118-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SIDNEY CHARLES DECRANE, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 28th day of August, 2017.

Honorable Susan P. Watters
United States District Judge