IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**MAR 2 8 2018**

Clerk, U S District Court
District Of Montana
Billings

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-118-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SIDNEY CHARLES DECRANE, | |
| Defendant. | |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of a juror from the August 29, 2017 Volume III transcript at page 322, lines 8 and 9 and page 365, lines 20 and 25 shall be redacted from the trial transcript in this matter.

DATED this _27th_ day of March, 2018.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1